UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANA VANARTSDALEN,<br><br>       Plaintiff,<br><br>       v.<br><br>TOWNSHIP OF EVESHAM, LINDA NELSON, and DIANA DICICCO,<br><br>       Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 05-1508 (JEI)<br><br>**ORDER GRANTING SUMMARY JUDGMENT**<br><br>(Docket No. 13) |

**APPEARANCES:**

HAHALIS & KOUNOUPIS, PC
By:  David L. Deratzian
1015 New Durham Road
Edison, NJ 08817
     Counsel for Plaintiff

CAPEHART & SCATCHARD, P.A.
By:  Armando V. Riccio
Laurel Corporate Center
8000 Midlantic Drive
Suite 300
Mount Laurel, NJ 08054
     Counsel for Defendants

**IRENAS**, Senior District Judge:

     This matter appeared before the Court on Defendants' Motion for Summary Judgment (Docket No. 13).  The Court having considered the submissions of the parties, and for the reasons set forth in an opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 2nd day of August, 2007,

**ORDERED THAT:**

(1) Defendants' Motion for Summary Judgment (Docket No. 13) is hereby **GRANTED** with respect to Counts I, II, III, and V.

(2) Plaintiff's remaining claims are hereby **DISMISSED** without prejudice.

(3) The Clerk of Court is hereby directed to **CLOSE** this case.

s/ *Joseph E. Irenas*
JOSEPH E. IRENAS, S.U.S.D.J.
